No. 76–5363. JENNINGS *v.* DILLARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 76–5365. SENSABAUGH *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied. ■■■■■■■■

No. 76–5366. DEBOES *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 76–5371. STEFANICK *v.* PLANTE ET AL. C. A. 8th Cir. Certiorari denied.

No. 76–5374. CARTER *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 76–5376. ALERS *v.* TOLEDO ET AL. C. A. 1st Cir. Certiorari denied.

No. 76–5384. MENA *v.* GEORGIA. Ct. App. Ga. Certiorari denied. ■■■■■■■■

No. 76–5385. POWELL *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. ■■■■■■■

No. 76–5426. CANNON ET AL. *v.* JOHNSON, EXECUTIVE DIRECTOR, BOARD OF PROBATION AND PAROLE. C. A. 3d Cir. Certiorari denied. ■■■■■■

No. 76–5432. CRUTCHFIELD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. ■■■■■■■